UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVE ZUKERGOOD and THOMAS PANUTHOS,

                           Plaintiffs,                      **ORDER**

-against-                                        22 Civ. 1562 (JCM)

INSERRA SUPERMARKETS, INC., d/b/a Shoprite
Of Tallman, and ON TARGET MAINTENANCE,
INC.,

                           Defendants.
------------------------------------------------------------X

      On December 12, 2022, Plaintiffs moved to amend their complaint to join On Target Maintenance, Inc. ("On Target") as a defendant, and, because joinder would destroy this Court's diversity jurisdiction, Plaintiff also moved to remand the case to the New York State Supreme Court, Rockland County ("Rockland County Supreme Court"). (Docket Nos. 19, 20, 21). Defendant opposed the motion. (Docket No. 22). On February 17, 2023, the Court issued a bench order granting Plaintiffs' motion to amend the complaint to join On Target, and to remand the matter to Rockland County Supreme Court. The Court further ordered that the case be remanded upon the filing of the amended complaint. Plaintiffs filed their amended complaint on February 17, 2023. (Docket No. 24).

      Accordingly, the Clerk of Court is respectfully requested to remand this case to the Rockland County Supreme Court.

Dated:  February 22, 2023
           White Plains, New York

                                                              **SO ORDERED:**

                                                               _____
                                                               JUDITH C. McCARTHY
                                                               United States Magistrate Judge